UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HEIDI PETERMANN, | ) | 1:04-CV-05706-AWI-TAG |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S APPEAL FROM ADMINISTRATIVE DECISION (Doc. 18) |
| v. | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR DEFENDANT AND AGAINST PLAINTIFF |
| JO ANNE B. BARNHART, Commission of Social Security, | ) | |
| Defendant. | ) | |

Plaintiff, Heidi Petermann, is represented by counsel and seeks judicial review, pursuant to 42 U.S.C. § 405(g), of a final decision of the Commissioner of Social Security denying an application for supplemental security income and/or benefits concerning a period of disability. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(15).

On September 26, 2005, the Magistrate Judge filed Findings and Recommendations herein

1  which were served on the parties and which contained notice to the parties that any objections to the
2  Findings and Recommendations were to be filed and served by October 17, 2005.  (Doc. 18.)  To
3  date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.
4  Instead, on November 18, 2005, Plaintiff filed a Notice of Appeal.  (Doc. 19).  That Notice of
5  Appeal was voluntarily dismissed by Plaintiff on December 5, 2005.  (Doc. 21.)

6        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a
7  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings
8  and Recommendations to be supported by the record and by proper analysis.

9        Accordingly, IT IS HEREBY ORDERED that:

10        1. The Findings and Recommendations, filed September 26, 2005 (Doc. 18), are ADOPTED
11  IN FULL;

12        2. Plaintiff's appeal from the administrative decision of the Commissioner of Social Security
13  is DENIED; and,

14        3. The Clerk of Court enter judgement for Defendant and against Plaintiff.

15  IT IS SO ORDERED.

16  **Dated:   December 19, 2005**                        **/s/ Anthony W. Ishii**
    0m8i78                                                            UNITED STATES DISTRICT JUDGE
17